**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **PATRICK WALKER,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO.  7:11-CV-71 (HL) |
| | : | |
| **AL JONES, et al,** | : | |
| Defendants | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 47) filed June 28, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Recommendation of the Magistrate Judge were filed within the time allowed.

**SO ORDERED,** this the 18th day of July, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**